JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT JOHNSON, | ) Case No. CV 12-10831-PA (DTB) |
|         Petitioner, | ) |
|    vs. | ) **J U D G M E N T** |
| RICHARD B. IVES, Warden, | ) |
|         Respondent. | ) |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 10, 2013

                                        PERCY ANDERSON
                                        UNITED STATES DISTRICT JUDGE